ORDER:
Pursuant to this notice, The Clerk is directed to terminate Docket Entry No. 21 as withdrawn.

John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

BARBARA A. PERRY,

*Plaintiff,*

v.

AMERICAN RED CROSS BLOOD SERVICES,
TENNESSEE VALLEY REGION,

*Defendant.*

Civil Action No.: 3:13-cv-01146
District Judge Todd J. Campbell
Magistrate Judge John S. Bryant

### DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

Defendant American Red Cross Blood Services, Tennessee Valley Region hereby withdraws the motion to compel that it filed on July 21, 2014 [Doc. 21].

Dated this 31st day of July, 2014.

AMERICAN RED CROSS BLOOD SERVICES,
TENNESSEE VALLEY REGION

/s Michael A. Graziano
Jeffrey W. Larroca (*pro hac vice*)
Michael A. Graziano (*pro hac vice*)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Avenue, N.W., 12th Floor
Washington, D.C. 20006
T: (202) 659-6646/6671
F: (202) 659-6699
E: jlarroca@eckertseamans.com
 mgraziano@eckertseamans.com

- and -

1